UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,  CASE NO. 6:23-cv-00389-PGB-EJK

    Plaintiff,

v.

HOLLAND HOSPITALITY, LLC
a Florida Limited Liability Company
d/b/a CHICK-FIL-A AT HUNT CLUB FSR,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff Howard Cohan and Defendant Holland Hospitality, LLC, by and through their undersigned counsel, hereby gives the Court notice that the parties have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

Dated May 30, 2023.    Respectfully submitted,

/s/ Gregory S. Sconzo    /s/ Beth S. Joseph
Gregory S. Sconzo    Beth Joseph
Florida Bar No. 105553    Florida Bar No. 0062952
Email: greg@sconzolawoffice.com    Email: beth.joseph@morganlewis.com
Sconzo Law Office, P.A.    Morgan, Lewis & Bockius LLP
3825 PGA Boulevard, Suite 207    600 Brickell Avenue
Palm Beach Gardens, FL 33410    Suite 1600
Telephone: (561) 729-0940    Miami, FL 33131-3075
     Telephone: 305.415.3330

*Counsel for Plaintiff*    *Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on May 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/ Beth S. Joseph*
                                                Beth S. Joseph

## SERVICE LIST

Gregory S. Sconzo
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Email: greg@sconzolawoffice.com

*Counsel for Plaintiff*